

**Entered on Docket
March 15, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Diann Lebsack
1220 Erskine Ave
LV NV 89123
702-431-2010
Cell-343-6840

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re: Diann Lebsack )   BK-S 10-23296 -bam
                     )   Chapter 13
                     )
                     )   Date: N/A
        Debtor(s).   )   Time: N/A
_____)

### ORDER OF VOLUNTARY DISMISSAL OF CASE

The Court having considered the Debtor(s) **Ex Parte Motion to Voluntarily Dismiss Bankruptcy Proceeding** filed under Chapter 13 of Title 11 of the United States Bankruptcy Code; and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Debtor(s) Chapter 13 bankruptcy case be, and the same hereby is, **DISMISSED** without prejudice pursuant to 11 U.S.C. § 1307(b).

**IT IS FURTHER ORDERED** that the Trustee is allowed $ 450.— as and for expenses in the administration of this case.

**IT IS SO ORDERED.**

1

1  Submitted by:

*Diann Lebsach*

Pro Se Debtor(s)
Dated: _____

Approved/Disapproved:

_____
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated:  3/10/11

2
###